JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                 :

       -v.-                                INDICTMENT

                                       **08 CRIM 463**
EDUARDO VASQUEZ,                         08 Cr. __ ( __ )
    a/k/a "Papo,"
                                         :

           Defendant.
                                         :

- - - - - - - - - - - - - - - - - - - -x

<u>COUNT ONE</u>

     The Grand Jury charges:

     1.   In or about 2007, in the Southern District of New
York and elsewhere, EDUARDO VASQUEZ, a/k/a "Papo," the defendant,
and others known and unknown, unlawfully, intentionally and
knowingly did combine, conspire, confederate and agree together
and with each other to violate the narcotics laws of the United
States.

     2.   It was a part and an object of the conspiracy
that EDUARDO VASQUEZ, a/k/a "Papo," the defendant, and others
known and unknown, would and did distribute and possess with
intent to distribute a controlled substance, to wit, five
kilograms and more of mixtures and substances containing a
detectable amount of cocaine, in violation of Sections 812,
841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.



<u>Overt Act</u>

3.    In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.    In or about July 2007, EDUARDO VASQUEZ, a/k/a "Papo," the defendant, had a conversation with a co-conspirator not named as a defendant herein about payment for narcotics.

(Title 21, United States Code, Section 846.)

<u>FORFEITURE ALLEGATION</u>

4.    As a result of committing the controlled substance offense alleged in Count One of this Indictment, EDUARDO VASQUEZ, a/k/a "Papo," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds she obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a  third person;

2

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

_____
Foreperson

_____
MICHAEL J. GARCIA
United States Attorney

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v -

**EDUARDO VASQUEZ,**
a/k/a "Papo,"

Defendant.

## INDICTMENT

08 Cr.

(18 U.S.C. § 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

*A/W issued.*
*filed Indictment. Case*
*assigned to Judge CROTTY.*

*ELLIS S.*

4