

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 11 2008
```

August 11, 2008

**By Facsimile**
Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Eduardo Vasquez,</u>
           08 Cr. 463 (PAC)

Dear Judge Crotty:

    Pursuant to Your Honor's referral, the above-reference defendant was arraigned before Magistrate Judge Debra Freeman on July 2, 2008. The Government writes to respectfully request that a pre-trial conference be scheduled for the week of August 18, 2008, or the week of August 25, 2008. The Government further respectfully requests that the Court exclude the time under the Speedy Trial Act until the date of the pre-trial conference because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. <u>See</u> 18 U.S.C. § 3161(h)(8). Specifically, the time is needed to enable the Government to prepare the discovery and to enable the parties to discuss a possible disposition of the case.

    Respectfully submitted,
    MICHAEL J. GARCIA
    United States Attorney

    By: Parvin Moyne
    Assistant United States Attorney
    (212) 637-2510

cc:    Lawrence Feitell, Esq. *(by facsimile)*

Application GRANTED. The conference is scheduled for 8/20/08 at 2:00 pm in Courtroom 11-C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 7/2/08 until 8/20/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED: AUG 11 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE